F. Scott Fistel, Ft. Lauderdale, FL, for Plaintiff–Appellee.

Before ANDERSON, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

This is Lt. James Skellion's appeal from the district court's omnibus order holding that he is not entitled to qualified immunity and, consistent with that holding, denying Skellion's motion to dismiss and his motion for summary judgment. Skellion's only argument on appeal is that a Title VII violation cannot provide the sole basis for the 42 U.S.C. § 1983 claim that Eric Goldstein asserts against him in count III in his amended complaint. *See Arrington v. Cobb County,* 139 F.3d 865, 872 (11th Cir. 1998) ("Of course, an allegation of a Title VII violation cannot provide the sole basis for a § 1983 claim. [A] plaintiff cannot bootstrap an untimely Title VII claim by bringing a § 1983 action based only on a statutory violation of Title VII.") (internal citations omitted). Skellion misreads the amended complaint. Count III of the amended complaint alleges that Skellion, among others, "clearly violated established statutory *or constitutional* rights" (emphasis added) of Goldstein. Accordingly, the premise of Skellion's appeal is mistaken.

AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Duncan A. WALTON, Defendant–Appellant.

No. 05–11291

Non–Argument Calendar.

D.C. Docket No. 03–00093–CR–3–RV.

United States Court of Appeals, Eleventh Circuit.

Sept. 13, 2005.

Jonathan Wesley Dingus, Panama City, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Edwin F. Knight, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

**296**

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

Jonathan W. Dingus, appointed counsel for Duncan A. Walton, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Walton's conviction and sentence is AFFIRMED.